JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone No.  (323) 938-4000
Facsimile No.    (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ULLOA, | ) NO.  CV 10-9867 JCG |
| Plaintiff, | ) ORDER AWARDING EAJA |
| | ) ATTORNEY FEES |
| v. | ) |
| MICHAEL J. ASTRUE , | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be

awarded attorney fees under the EAJA in the amount of four thousand five

hundred dollars and no cents ($4,500.00), as authorized by 28 U.S.C. §2412(d),

subject to the terms of the above-referenced Stipulation.  Any payment shall be

delivered to Plaintiff's counsel.


DATED:  December 12, 2011          _____

                                   UNITED STATES MAGISTRATE JUDGE

1